IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| American Safety Casualty Insurance Company, | ) | C/A No.: 0:13-cv-01579-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FURI Development, LLC d/b/a Farache Enterprises; Timothy Furiate; and Kimberly Furiate, | ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) ) | |

This matter comes before this court on a post-judgment status report filed by the plaintiff, American Safety Casualty Insurance Company ("Plaintiff"). ECF No. 30.

On September 4, 2013, the court held a contested default judgment hearing in this matter. On September 23, 2013, the court granted Plaintiff default judgment and entered judgment against all three Defendants, jointly and severally, in the amount of $2,599,974.00. ECF Nos. 19 & 20. The judgment amount included $185,585.00 in indemnity and expense reserves for five surety claims connected to this matter that were unresolved on the date of the default judgment hearing. ECF No. 19. The court retained jurisdiction over the matter so that, if necessary, it could amend the amount of the judgment to reflect the indemnity losses and expenses American Safety actually pays on those claims. *Id.* The court also asked Plaintiff to provide it and Defendants a written report of the status of those five surety claims. *Id.*

Approximately every six months since then, Plaintiff has provided a written report of the status of the claims. ECF Nos. 21, 25, 28, 30. In its latest report, Plaintiff represents that all five

1

claims have now been resolved, and, of the reserved $185,585.00, it actually spent $131,740.60. That is a difference of $53,844.40.

After carefully considering the evidence presented at the hearing and in the status report, the court finds that the default judgment should be reduced by $53,844.40—that is, from $2,599,974.00 to $2,546,129.60.

Accordingly, this court amends its previous judgment and enters judgment for Plaintiff and against Defendants, jointly and severally, in the amount of TWO MILLION, FIVE HUNDRED FORTY-SIX THOUSAND, ONE HUNDRED TWENTY-NINE AND 60/100 DOLLARS ($2,546,129.60).  This judgment is final and immediately enforceable.

Post-judgment interest shall be calculated on the amount of this revised judgment and shall run from September 23, 2013.

       IT IS SO ORDERED.

August 13, 2015                              Joseph F. Anderson, Jr.
Columbia, South Carolina               United States District Judge